497 A.2d 1331

**SPITLER**

v.

**SPITLER.**

Supreme Court of Pennsylvania.

Sept. 24, 1985.

Petition for Allowance of Appeal GRANTED, No. 61 M.D. Appeal Docket 1985.